RECEIVED
IN LAKE CHARLES, LA

JUN - 1 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **KELSEY JOHN BENOIT** | **CIVIL ACTION NO. 06-1920** |
| **VS.** | **SECTION P** |
| **MURIEL CUNNINGHAM, ET AL** | **JUDGE MINALDI** |
| | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's civil rights claims against the defendants be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the ____ day of _____, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE